HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
WENDELL MOTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *Plaintiff,* <br> v. <br> WENDELL MOTON, <br> *Defendant.* | Case No. 1:21-cr-00050 DAD <br><br> STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER <br><br> DATE:   October 4, 2021 <br> TIME:    9:30 a.m. <br> JUDGE:  Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that the change of plea hearing scheduled for September 27, 2021, may be continued to October 4, 2021, or the soonest date thereafter convenient to the Court.

The parties have reached a tentative agreement regarding Mr. Moton's pending case, but a few issues need to be finalized. Additional time is needed to resolve these issues, and to review the printed agreement with Mr. Moton for his approval prior to filing.

The parties agree that the delay resulting from this continuance shall be excluded in the interest of justice, for effective defense investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A).

///

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | PHILLIP A TALBERT<br>Acting United States Attorney |
| DATED: September 22, 2021 | /s/ *Kimberly A. Sanchez*<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: September 22, 2021 | /s/ *Eric V. Kersten*<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>WENDELL MOTON |

**ORDER**

Pursuant to the stipulation of the parties, the status conference for WENDELL MOTON is continued to October 4, 2021.

IT IS SO ORDERED.

Dated: __September 22, 2021__        _____
                                     UNITED STATES DISTRICT JUDGE