HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
Wendell Moton

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:21-cr-00050 DAD |
| | ) |
| *Plaintiff,* | ) |
| | ) STIPULATION TO CONTINUE |
| vs. | ) SENTENCING, ORDER THEREON |
| | ) |
| WENDELL MOTON, | ) Date:   March 21, 2022 |
| | ) Time:   9:00 a.m. |
| *Defendant.* | ) Judge:  Hon. Dale A. Drozd |
| | ) |
| _____ | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective

counsel, KIMBERLY A. SANCHEZ, Assistant United States Attorney, counsel for plaintiff, and

ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Wendell Moton, that

sentencing may be continued to March 21, 2022, or the soonest date thereafter convenient to the

court.  Sentencing is currently scheduled for January 10, 2022.

Mr. Moton filed informal objections to the draft presentence investigation report (PSR)

prepared by the United States Probation Office (USPO). In response, USPO obtained additional

undisclosed material it used to both deny Moton's informal objection, and also apply an

additional 2-level guideline enhancement Moton had no opportunity to object to informally. This

continuance is requested to allow Mr. Moton to obtain copies of the undisclosed material, and

object informally to the related enhancement included in what is currently the final PSR. It is

requested that supplemental informal objections may be submitted by February 14, 2022; that the

USPO response and, if needed, supplemental PSR may be submitted by February 21, 2022; and

that any formal objections may be filed with the Court March 7, 2022.

The parties agree that any delay resulting from the continuance shall be excluded as

necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

3161(B)(iv).  For this reason, the ends of justice served by the granting of the requested

continuance outweigh the interests of the public and the defendant in a speedy trial.

PHILLIP A . TALBERT
United States Attorney

DATED: January 6, 2022                    By:    /s/ *Kimberly A. Sanchez*
                                                 KIMBERLY A. SANCHEZ
                                                 Assistant U. S. Attorney
                                                 Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: January 6, 2022                    By:    /s/ *Eric V. Kersten*
                                                 ERIC V. KERSTEN
                                                 Assistant Federal Defender
                                                 Attorney for Defendant
                                                 Wendell Moton

**O R D E R**

IT IS SO ORDERED. The intervening period of delay is excluded in the interests of

justice pursuant to 18 U.S.C.§§ 3161(h)(7)(A) and 3161(B)(iv).

IT IS SO ORDERED.

Dated:   **January 6, 2022**            _____
                                        UNITED STATES DISTRICT JUDGE