HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
Wendell Moton

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>WENDELL MOTON,<br><br>*Defendant.* | No. 1:21-cr-00050 DAD<br><br>STIPULATION TO CONTINUE SENTENCING, ORDER THEREON<br><br>Date:  April 11, 2022<br>Time:  9:00 a.m.<br>Judge: Hon. Dale A. Drozd |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KIMBERLY A. SANCHEZ, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Wendell Moton, that sentencing may be continued to April 11, 2022, or the soonest date thereafter convenient to the court.  Sentencing is currently scheduled for March 21, 2022.

    Mr. Moton filed informal objections to the draft presentence investigation report (PSR) prepared by the United States Probation Office (USPO). In response, USPO obtained additional undisclosed material it used to both deny Moton's informal objection, and also apply an additional 2-level guideline enhancement Moton had no opportunity to object to informally. This continuance is requested to allow Mr. Moton to obtain copies of the undisclosed material, and object informally to the related enhancement included in what is currently the final PSR. It is

requested that supplemental informal objections may be submitted by March 7, 2022; that the USPO response and, if needed, supplemental PSR may be submitted by March 14, 2022; and that any formal objections may be filed with the Court March 28, 2022.

The parties agree that any delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                                      PHILLIP A . TALBERT
                                      United States Attorney

DATED: February 18, 2022        By:    /s/ *Kimberly A. Sanchez*
                                      KIMBERLY A. SANCHEZ
                                      Assistant U. S. Attorney
                                      Attorney for Plaintiff


                                      HEATHER E. WILLIAMS
                                      Federal Defender

DATED: February 18, 2022        By:    /s/ *Eric V. Kersten*
                                        ERIC V. KERSTEN
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      Wendell Moton


**O R D E R**

IT IS SO ORDERED. The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C.§§ 3161(h)(7)(A) and 3161(B)(iv).

IT IS SO ORDERED.

   Dated:  **February 18, 2022**                              /s/ Dale A. Drozd
                                                 UNITED STATES DISTRICT JUDGE