PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WENDELL MOTON,<br><br>Defendant. | CASE NO. 1:21-CR-00050 DAD-BAM<br><br>STIPULATION CONTINUING STATUS CONFERENCE AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KIMBERLY A. SANCHEZ, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Wendell Moton, that sentencing may be continued to April 25, 2022, or the soonest date thereafter convenient to the court. Sentencing is currently scheduled for April 11, 2022.

The Court previously granted the parties request for a continuance to April 11, 2022. Counsel for the government overlooked a conflict with the new date of April 11, 2022, that being a pre-planned family vacation over Spring Break. The parties therefore stipulate to request the sentencing be moved to April 25, 2022.

1

IT IS SO STIPULATED.

Dated:  April 5, 2022                                    PHILLIP A. TALBERT
                                                         United States Attorney

                                                         /s/ KIMBERLY A. SANCHEZ
                                                         KIMBERLY A. SANCHEZ
                                                         Assistant United States Attorney

Dated:  April 5, 2022                                    /s/ ERIC V. KERSTEN
                                                         ERIC V. KERSTEN
                                                         Counsel for Defendant
                                                         WENDELL MOTON

**ORDER**

Pursuant to the parties' stipulation, sentencing in this case is hereby continued to April 25, 2022, at 9:00 a.m. and the previously scheduled sentencing hearing date of April 11, 2022 is vacated.

IT IS SO ORDERED.

Dated:  **April 5, 2022**                                 Dale A. Drozd
                                                         UNITED STATES DISTRICT JUDGE