HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
Wendell Moton

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff,*<br><br>vs.<br><br>WENDELL MOTON,<br><br>   *Defendant.* | No. 1:21-cr-00050 DAD<br><br>STIPULATION TO CONTINUE SENTENCING,  ORDER THEREON<br><br>Date:   June 6, 2022<br>Time:   9:00 a.m.<br>Judge:  Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KIMBERLY A. SANCHEZ, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Wendell Moton, that sentencing may be continued to June 6, 2022, or the soonest date thereafter convenient to the court. Sentencing is currently scheduled for May 23, 2022.

This continuance is requested to allow time for additional defense investigation prior to sentencing.

The parties agree that any delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

|  |  |
|---|---|
|  | PHILLIP A. TALBERT<br>United States Attorney |
| DATED: May 17, 2022 | By: /s/ *Kimberly A. Sanchez*<br>KIMBERLY A. SANCHEZ<br>Assistant U. S. Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: May 17, 2022 | By: /s/ *Eric V. Kersten*<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>Wendell Moton |

**O R D E R**

Pursuant to the stipulation of the parties, sentencing in this action is continued to June 6, 2022 at 9:00 a.m.

IT IS SO ORDERED.

Dated: __**May 17, 2022**__

UNITED STATES DISTRICT JUDGE