PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WENDELL MOTON,<br><br>Defendant. | CASE NO. 1:21-CR-00050-DAD<br><br>STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER<br><br>DATE: May 31, 2024<br>TIME: 2:00 p.m. |

This case is set for a status conference on a supervised release on May 31, 2024. The parties agree and stipulate to continue the status conference until June 6, 2024, to accommodate the schedule of counsel and match up with defendant's new case in 1:24-MJ-00057 set on that date and time.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on a supervised release violation on May 31, 2024.

2. By this stipulation, defendant now moves to continue the status conference until **June 6, 2024, at 2:00 p.m.** and to exclude time between May 31, 2024, and June 6, 2024.

3. No exclusion of time is necessary because the matter concerns a supervised release violation.

IT IS SO STIPULATED.

Dated:  May 22, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ROBERT L. VENEMAN-HUGHES
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated:  May 22, 2024

/s/ ERIC KERSTEN
ERIC KERSTEN
Counsel for Defendant
WENDELL MOTON

### ORDER

Having reviewed the parties' stipulation and proposed findings,

IT IS HEREBY ORDERED that the status conference scheduled for May 31, 2024 at 2:00 p.m. is continued to June 6, 2024 at 2:00 p.m.  No exclusion of time is necessary because the matter concerns a supervised release violation. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:  **May 23, 2024**

UNITED STATES MAGISTRATE JUDGE