MICHELE BECKWITH
Acting United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WENDELL MOTON,<br>DONNIE HICKS,<br>MCCAEL MARSHALL,<br><br>Defendants. | CASE NO. 1:24-CR-00126-NODJ-BAM<br><br>Related Cases:<br>1:21-cr-00050-DAD<br>1:19-cr-00141-DAD<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; RELATED CASES TO CONTINUE TO TRAIL |

IT IS HEREBY STIPULATED by and between Michele Beckwith, Acting United States Attorney and Robert L. Veneman-Hughes, Assistant U.S. Attorney, as well as Eric Kersten, attorney for defendant WENDELL MOTON, Robert Lamanuzzi, attorney for defendant DONNIE HICKS, and Melissa Baloian, attorney for defendant MCCAEL MARSHALL, that the status conference set for January 22, 2025 at 1:00 pm before the Honorable Barbara A. McAuliffe be continued to March 26, 2025 at 1:00 p.m.

Defendants MOTON and MARSHALL additionally have violations of supervised release trailing behind their new case. For MOTON, that is case 1:21-cr-00050-DAD. For MARSHALL, that is case is 1:19-cr-00141-DAD. They were previously ordered to trail behind the instant case the parties request they continue to trail.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1.  The parties need additional time to further investigate/explore matters related to resolving

Stipulation                                    1

1 | the case or setting a trial date.

2 |     2.    By this stipulation, defendants now move to continue the status conference, and to
3 | exclude time from <u>January 22, 2025</u> to <u>March 26, 2025</u>.

4 |     3.    The parties agree and stipulate, and request that the Court find the following:

    a)    The government has represented that the initial discovery associated with this case includes investigative reports, and related documents, photographs, etc., in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. Defense would like additional time to review discovery, and investigate the foundation for a resolution by plea or trial further.

    b)    The government does not object to the continuance.

    c)    An ends-of-justice delay is particularly apt in this case because:

- Defendant needs additional time to review discovery, and conduct additional investigation; and

- The parties need additional time to investigate/explore matters related to proceeding via plea or trial.

    d)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of <u>January 22, 2025</u> to <u>March 26, 2025</u>, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

**[Remainder of page intentionally left blank.]**

Stipulation      2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: January 15, 2025                    Respectfully submitted,

                                           MICHELE BECKWITH
                                           Acting United States Attorney

                                   By      /s/ Robert L. Veneman-Hughes
                                           ROBERT L. VENEMAN-HUGHES
                                           Assistant United States Attorney

Dated: January 15, 2025                    /s/ Eric Kersten
                                           ERIC KERSTEN
                                           Attorney for Defendant Wendell MOTON

Dated: January 15, 2025                    /s/ Robert Lamanuzzi
                                           ROBERT LAMANUZZI
                                           Attorney for Defendant Donnie HICKS

Dated: January 15, 2025                    /s/ Melissa Baloian
                                           MELISSA BALOIAN
                                           Attorney for Defendant McCael MARSHALL

## **ORDER**

IT IS SO ORDERED that the status conference is reset from January 22, 2025 to **March 26, 2025 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. and time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161 between those dates upon finding of good cause pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv) for the reasons stated above. Related cases 1:21-cr-00050-DAD and 1:19-cr-00141-DAD are to continue to trail behind the instant case.

IT IS SO ORDERED.

Dated:   **January 15, 2025**              /s/ Barbara A. McAuliffe
                                           UNITED STATES MAGISTRATE JUDGE

Stipulation                                3