HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
Eric V. Kersten, Bar # 226429
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2228
Telephone: 559.487.5561
eric_kersten@fd.org

Attorney for Defendant
Wendell Moton

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>WENDELL MOTON,<br><br>*Defendant.* | Case No.  1:21-cr-00050 DAD<br><br>**ORDER RE MOTION TO WITHDRAW THE FEDERAL DEFENDER AS COUNSEL, APPOINT *AD HOC* CJA COUNSEL, AND DEFENDANT'S CONSENT** |

IT IS HEREBY ORDERED that the Federal Defender is withdrawn as counsel of record beginning February 1, 2025 and appoints Eric V. Kersten as *ad hoc* CJA counsel, pursuant to 18 U.S.C. § 3006A(b) and the Eastern District of California's CJA Plan, General Order 671, §XI.C.

IT IS SO ORDERED.

Dated:   **January 23, 2025**           /s/ Barbara A. McAuliffe
                                                            UNITED STATES MAGISTRATE JUDGE