MICHELE BECKWITH
Acting United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WENDELL MOTON,<br><br>Defendants. | CASE NO. 1:24-CR-00126-NODJ-BAM<br><br>Related Case:<br>1:21-cr-00050-DAD<br><br>STIPULATION TO RESET MATTER FOR CHANGE OF PLEA AS TO WENDELL MOTON AND CONTINUE TRAILING TSR VIOLATION TO SAME DATE; AND ORDER |

IT IS HEREBY STIPULATED by and between Michele Beckwith, Acting United States Attorney and Robert L. Veneman-Hughes, Assistant U.S. Attorney, as well as Eric Kersten, attorney for defendant WENDELL MOTON, that the status conference set for March 26, 2025 at 1:00 pm before the Honorable Barbara A. McAuliffe be vacated and the matter instead be set for April 7, 2025 at 9:00 a.m. before a district judge for change of plea as to MOTON only. MOTON has a trailing TSR matter, 1:21-cr-00050-DAD, to be set for admission that same date.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. The parties have reached a plea agreement and the schedule of the court and counsel makes the soonest available date for change of plea April 7, 2025.

2. By this stipulation, defendant now moves to vacate the status conference, and to exclude time from March 26, 2025 to April 7, 2025.

3. The parties agree and stipulate, and request that the Court find the following:

Stipulation                                                         1

      a)     Defendant has agreed to enter a change of plea and desires to have his counsel present and prepared for that hearing, and defense counsel needs the time requested in this morning to prepare for change of plea.

      b)     The government does not object to the continuance.

      c)     An ends-of-justice delay is particularly apt in this case because:

- The defendant has signed a plea agreement and the selected date is the soonest convenient date for court and counsel.

      d)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of <u>March 26, 2025</u> until <u>April 7, 2025</u>, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: February 14, 2025                                                       Respectfully submitted,

                                                                                     MICHELE BECKWITH
                                                                                     Acting United States Attorney

                                                                 By     <u>/s/ Robert L. Veneman-Hughes</u>
                                                                                     ROBERT L. VENEMAN-HUGHES
                                                                                     Assistant United States Attorney

Dated: February 14, 2025                                                       <u>/s/ Eric Kersten</u>
                                                                                     ERIC KERSTEN
                                                                                     Attorney for Defendant Wendell MOTON

**ORDER**

IT IS SO ORDERED that the status conference set for March 26, 2025, is vacated. A change of plea hearing is set for **April 7, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). The defendant's trailing case 1:21-cr-00050-DAD will be set for status conference on the same date and time.

IT IS SO ORDERED.

Dated:   **February 14, 2025**                   /s/ Barbara A. McAuliffe
                                                                       UNITED STATES MAGISTRATE JUDGE