ERIC V. KERSTEN, CA Bar #226429
Attorney at Law
1125 T Street
Fresno, CA 93721
Telephone: (559) 326-6258

Attorney for Defendant
WENDELL MOTON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           v.<br><br>WENDELL MOTON,<br><br>                    Defendant. | Case No.  1:24-cr-00126 DAD-BAM<br>Case No.  1:21-cr-00050 DAD-BAM<br><br>STIPULATION TO CONTINUE<br>SENTENCING; ORDER<br><br>Date:   October 6, 2025<br>Time:   9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Robert Veneman-Hughes, Assistant United States Attorney, counsel for plaintiff, and Eric V. Kersten, counsel for defendant Wendell Moton, that the sentencing hearing in Case No. 1:24-cr-00126 DAD-BAM, and the dispositional hearing in Case No. 1:21-cr-00050 DAD-BAM, scheduled for August 11, 2025, may be continued to October 6, 2025.

Upon reviewing the draft Presentence Investigation Report, defense counsel first learned that Mr. Moton faces pending state charges in Fresno County that arose from the same investigation as the current federal charge. This continuance is requested to allow time to attempt to reach a global settlement regarding both matters, and to conduct negotiations and investigation necessary to accomplish that task. Donnie Hicks and McCael Marshall are codefendants of Mr. Moton in the current matter. Both are set for sentencing on October 6, 2025

Because this is a sentencing a time exclusion is not required. However, out of an

abundance of cautions the parties agree that all time through the proposed October 6, 2025 sentencing hearing shall be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), because the time is necessary to allow for defense preparation and continuity of counsel, and the delay results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

DATED: July 7, 2025

/s/ *Robert Veneman-Hughes*
ROBERT VENEMAN-HUGHES
Assistant United States Attorney
Attorney for Plaintiff

DATED: July 7, 2025

/s/ *Eric V. Kersten*
ERIC V. KERSTEN
Attorney for Defendant
WENDELL MOTON

## ORDER

**IT IS SO ORDERED**. Sentencing for Wendell Moton in Case No. 1:24-cr-00126 DAD-BAM, and disposition in Case No. 1:21-cr-00050 DAD-BAM are continued to October 6, 2025, at 9:30 AM in Courtroom 5 before Chief Judge Troy L. Nunley in Fresno.

IT IS SO ORDERED.

Dated: **July 8, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE