1    ERIC V. KERSTEN, CA Bar #226429
Attorney at Law
2    1125 T Street
Fresno, CA 93721
3    Telephone: (559) 326-6258

4    Attorney for Defendant
WENDELL MOTON
5

6                   IN THE UNITED STATES DISTRICT COURT

7                   EASTERN DISTRICT OF CALIFORNIA

8

9    UNITED STATES OF AMERICA,         Case No.  1:24-cr-00126 DAD-BAM
                                    Case No.  1:21-cr-00050 DAD-BAM
10                 Plaintiff,

11               v.                   STIPULATION TO CONTINUE
                                  SENTENCING; ORDER
12    WENDELL MOTON,

13                 Defendant.      Date:  November 3, 2025
                                  Time: 9:00 a.m.
14                                     Judge: Hon. Dale A. Drozd

15

16

17        **IT IS HEREBY STIPULATED** by and between the parties, through their respective

18 counsel, Robert Veneman-Hughes, Assistant United States Attorney, counsel for plaintiff, and

19 Eric V. Kersten, counsel for defendant Wendell Moton, that the sentencing hearing in Case No.

20 1:24-cr-00126 DAD-BAM, and the dispositional hearing in Case No. 1:21-cr-00050 DAD-BAM,

21 currently scheduled for October 6, 2025, may be continued to November 3, 2025.

22        Defense counsel anticipates being away from the office and without internet access

23 between September 23, 2025, and October 5, 2025, and will not be available to prepare properly

24 for sentencing on October 6, 2025

25        Because this is a sentencing a time exclusion is not required. However, out of an

26 abundance of cautions the parties agree that all time through the proposed October 6, 2025,

27 sentencing hearing shall be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§

28 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), because the time is necessary to allow for defense

preparation and continuity of counsel, and the delay results from a continuance granted by the

Court at the parties' request on the basis of the Court's finding that the ends of justice served by

taking such action outweigh the best interest of the public and the defendant in a speedy trial.


Respectfully submitted,

ERIC GRANT
United States Attorney

DATED: August 28, 2025                              /s/ *Robert Veneman-Hughes*
                                                    ROBERT VENEMAN-HUGHES
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff



DATED: August 28, 2025                              /s/ *Eric V. Kersten*
                                                    ERIC V. KERSTEN
                                                    Attorney for Defendant
                                                    WENDELL MOTON




## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the sentencing

hearing as to defendant Wendell Moton in Case No. 1:24-cr-00126 DAD-BAM, and the

dispositional hearing in Case No. 1:21-cr-00050 DAD-BAM is hereby continued to November 3,

2025, at 10:00 AM in Courtroom 5 before District Court Judge Dale A. Drozd in Fresno.


IT IS SO ORDERED.

Dated:   **August 29, 2025**                        _____
                                                    DALE A. DROZD
                                                    UNITED STATES DISTRICT JUDGE