,
ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:24-CR-00126-DAD-EPG |
| Plaintiff, | Related Cases: |
| | 1:21-cr-00050-DAD |
| v. | 1:19-cr-00141-DAD |
| WENDELL MOTON, | STIPULATION TO CONTINUE SENTENCING; |
| DONNIE HICKS, | RELATED CASES TO CONTINUE TO TRAIL |
| MCCAEL MARSHALL, | |
| Defendants. | |

IT IS HEREBY STIPULATED by the parties that the sentencing hearing set for February 9, 2026, be continued to May 4, 2026.

Defendants MOTON and MARSHALL additionally have violations of supervised release trailing behind their new case. For MOTON, that is case 1:21-cr-00050-DAD. For MARSHALL, that is case is 1:19-cr-00141-DAD. They were previously ordered to trail behind the instant case and the parties request they continue to trail.

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1.      Prior to sentencing, a factual issue has arisen regarding the nature of the firearm at issue in the case. This affects the factual findings in the pre-sentence report as to all parties, and may impact the final calculated guidelines.

2.      Additionally, several defendants have prior convictions that may be affected by the recent

Stipulation

1

decision in *United States v. Gomez*, No. 23-435 (9th Cir. 2026).

3.      In order to resolve these issues prior to a final pre-sentence report issuing as to each defendant, the parties need additional time. The earliest date that Judge Drozd is holding calendar in Fresno where all parties are available is May 4, 2026.

4.      By this stipulation, the parties now move to continue sentencing from February 9, 2026, to May 4, 2026.

5.      No exclusion of time is necessary as this is a sentencing matter.

Dated: January 27, 2026                    Respectfully submitted,

                                           ERIC GRANT
                                           United States Attorney


                                  By      /s/ Robert L. Veneman-Hughes
                                           ROBERT L. VENEMAN-HUGHES
                                           Assistant United States Attorney

Dated: January 27, 2026                    /s/ Eric Kersten
                                           ERIC KERSTEN
                                           Attorney for Defendant Wendell MOTON

Dated: January 27, 2026                    /s/ Robert Lamanuzzi
                                           ROBERT LAMANUZZI
                                           Attorney for Defendant Donnie HICKS

Dated: January 27, 2026                    /s/ Douglas Foster
                                           DOUGLAS FOSTER
                                           Attorney for Defendant McCael MARSHALL

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing in this case is reset from February 9, 2026, to May 4, 2026, as to all defendants before Chief Judge Troy L. Nunley in Fresno.  Related cases 1:21-cr-00050-DAD and 1:19-cr-00141-DAD are to continue to trail behind the instant case.

IT IS SO ORDERED.

Dated:   **January 29, 2026**              _____
                                           DALE A. DROZD
                                           UNITED STATES DISTRICT JUDGE

Stipulation                                          2