ERIC V. KERSTEN, CA Bar #226429
Attorney at Law
1125 T Street
Fresno, CA 93721
Telephone: (559) 326-6258

Attorney for Defendant
WENDELL MOTON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>WENDELL MOTON,<br><br>                    Defendant. | Case No.  1:24-cr-00126-DAD-BAM<br>Case No.  1:21-cr-00050-DAD-BAM<br><br>STIPULATION TO ADVANCE<br>SENTENCING; ORDER<br><br><br>Date:   April 6, 2026<br>Time:  !0:00 a.m.<br>Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Robert Veneman-Hughes, Assistant United States Attorney, counsel for plaintiff, and Eric V. Kersten, counsel for defendant Wendell Moton, that the sentencing hearing in Case No. 1:24-cr-00126-DAD-BAM, and the dispositional hearing in Case No. 1:21-cr-00050-DAD-BAM, currently scheduled for May 4, 2026, may be advanced to April 6, 2026.

Sentencing was continued to allow time for *United States v. Gomez*, 165 F.4th 1199 (9th Cir. 2026) to be decided, and to allow time for additional investigation regarding the nature of a firearm involved in this offense. Those matters have now been resolved and the final PSR has been filed. Mr. Moton has filed Formal Objections and Supplemental Formal Objections, but all issues have been resolved and the parties have no remaining disagreements regarding the guideline calculations or factual material contained in the PSR. The United States Probation Office does not object to this request to advance sentencing.

Because time has already been excluded and the parties are requesting that sentencing be advanced there is no need for time to be excluded.

Respectfully submitted,

ERIC GRANT
United States Attorney

DATED: March 25, 2026

/s/ *Robert Veneman-Hughes*
ROBERT VENEMAN-HUGHES
Assistant United States Attorney
Attorney for Plaintiff

DATED: March 25, 2026

/s/ *Eric V. Kersten*
ERIC V. KERSTEN
Attorney for Defendant
WENDELL MOTON

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing for Wendell Moton in Case No. 1:24-cr-00126 DAD-BAM, and dispositional hearing in Case No. 1:21-cr-00050 DAD-BAM are advanced to April 6, 2026 at 10:00 a.m. in courtroom 5 of the Fresno Courthouse.

IT IS SO ORDERED.

Dated:    **March 25, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

Moton: Stipulation to
Advance Sentencing

-2-